

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-22-00277-CV**

**IN RE DONALD CROWNOVER II AND SUMMER DAWN LAMB**

_____

**From the County Court at Law**
**Ellis County, Texas**
**Trial Court No. 108924CCL**

_____

**Original Proceeding**

_____

**MEMORANDUM OPINION**

_____

Relators' petitions for writ of mandamus filed on August 23, 2022, and August 24, 2022, are denied.[1]

> STEVE SMITH
> Justice

---

[1] Relator, Summer Dawn Lamb, filed her petition for writ of mandamus on August 23, 2022. Relator, Donald Crownover II, filed a "Joinder in Relator Summer Lamb's Petition for Emergency Stay and Writ of Mandamus" on August 24, 2022. In his filing, Crownover II adopted all of the arguments made by Lamb and did not advance any additional arguments of his own.

Before Chief Justice Gray,
      Justice Johnson,
      and Justice Smith,
Petitions denied
Opinion delivered and filed October 26, 2022
[OT06]

